**Order entered December 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00821-CR

**TIMOTHY JAMES TAYLOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80945-2012**

## ORDER

The Court **DENIES** appellant's December 28, 2015 pro se motion to stay the proceedings until his motion to dismiss counsel is heard by the trial court.

By order dated October 21, 2015, this Court struck the *Anders* brief filed by counsel Pamela Lakatos because the record was incomplete and counsel's brief did not address all aspects of the proceedings. We **ORDERED** counsel to file, within forty-five days, an amended brief that either raises issues on the merits or complies with the requirements of *Anders v. California*. To date, counsel has done neither.

Accordingly, we **ORDER** the trial court to conduct a hearing to determine why appellant's amended brief has not been filed. In this regard, the trial court shall specifically determine:

- Whether Ms. Lakatos should be removed as appellate counsel and new counsel should be appointed. If the trial court determines that new counsel should be appointed, we **ORDER** the trial court to appoint new counsel to represent appellant on this appeal.

- If the trial court determines that Ms. Lakatos should not be removed, the trial court shall determine her explanation for the delay in filing the amended brief and the date by which the amended brief will be filed.

We **ORDER** the trial court to transmit a record containing its findings, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated thirty days from the date of this order.

/s/    ADA BROWN
       JUSTICE